FILED by TB D.C.

Apr 28, 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**16-60111-CR-ZLOCH/HUNT**
**CASE NO. ______________________**

**18 U.S.C. § 1029(b)(2)**
**18 U.S.C. § 1029(a)(1)**
**18 U.S.C. § 1029(b)(1)**
**18 U.S.C. § 1028A(a)(1)**
**18 U.S.C. § 982(a)(2)(B)**
**21 U.S.C. § 853**
**18 U.S.C. § 1029(c)(1)(C)**

**UNITED STATES OF AMERICA**

**vs.**

**GUY TOUSSAINT III**
**and NATASHA NIRALA MEETOO,**

**Defendants.**
________________________________________/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
**Conspiracy to Commit Access Device Fraud**
**(18 U.S.C. § 1029(b)(2))**

On or about January 28, 2016, in Broward County, in the Southern District of Florida, and elsewhere, the defendants,

**GUY TOUSSAINT III**
**and NATASHA NIRALA MEETOO,**

did knowingly and willfully combine, conspire, confederate and agree with each other and with other persons known and unknown to the Grand Jury to commit violations of Title 18, United States Code, Section 1029(a)(1), that is, to knowingly, and with intent to defraud, use one or

more counterfeit access devices, that is, counterfeit credit cards encoded with account numbers issued to other persons, said conduct affecting interstate and foreign commerce.

## ACTS IN FURTHERANCE OF THE CONSPIRACY

In furtherance of the conspiracy, at least one of the co-conspirators committed and caused to be committed, in the Southern District of Florida, and elsewhere, at least one of the following acts, among others:

1. On or about January 28, 2016, at approximately 4:00 p.m., **NATASHA NIRALA MEETOO** used a counterfeit credit card encoded with account number ending in 6683 issued in the name of "S.M." to conduct a transaction totaling approximately fifty-four dollars and ninety-five cents ($54.95) at Publix located at 1415 E. Sunrise Blvd., in Fort Lauderdale, Florida.

2. On or about January 28, 2016, at approximately 4:06 p.m., **GUY TOUSSAINT III** used a counterfeit credit card encoded with account number ending in 5758 issued in the name of "J.R." to conduct a transaction totaling approximately one hundred nine dollars and ninety cents ($109.90) at Publix located at 1415 E. Sunrise Blvd., in Fort Lauderdale, Florida.

3. On or about January 28, 2016, at approximately 5:01 p.m., **NATASHA NIRALA MEETOO** attempted to use a counterfeit credit card encoded with account number ending in 1841 issued in the name of "J.F." to conduct a transaction totaling approximately one hundred fifty-nine dollars and fifty-three cents ($159.53) at Bath & Body Works located at 2414 E. Sunrise Blvd., in Fort Lauderdale, Florida.

4. On or about January 28, 2016, at approximately 5:02 p.m., **GUY TOUSSAINT III** used a counterfeit credit card encoded with account number ending in 9039 issued in the name of "R.J." to conduct a transaction totaling approximately one hundred fifty-nine dollars and

fifty-three cents ($159.53) at Bath & Body Works located at 2414 E. Sunrise Blvd., in Fort Lauderdale, Florida.

5. On or about January 28, 2016, at approximately 5:28 p.m., **NATASHA NIRALA MEETOO** used a counterfeit credit card encoded with account number ending in 6683 issued in the name of "S.M." to conduct a transaction totaling approximately two hundred sixty-five dollars ($265.00) at Neiman Marcus located at 2414 E. Sunrise Blvd., in Fort Lauderdale, Florida.

All in violation of Title 18, United States Code, Section 1029(b)(2).

**COUNT 2**
**Use of One or More Counterfeit Access Devices**
**(18 U.S.C. § 1029(a)(1))**

On or about January 28, 2016, in Broward County, in the Southern District of Florida, and elsewhere, the defendants,

**GUY TOUSSAINT III**
**and NATASHA NIRALA MEETOO,**

did knowingly, and with intent to defraud, use one or more counterfeit access devices, that is, counterfeit credit cards encoded with account numbers issued to other persons, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(1) and 2.

**COUNT 3**
**Attempted Use of One or More Counterfeit Access Devices**
**(18 U.S.C. § 1029(b)(1))**

On or about January 28, 2016, in Broward County, in the Southern District of Florida and elsewhere, the defendant,

**NATASHA NIRALA MEETOO**

did knowingly, and with intent to defraud, attempt to use one or more counterfeit access devices, that is, a counterfeit credit card encoded with an account number issued to another person, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(1), in violation of Title 18, United States Code, Sections 1029(b)(1) and 2.

**COUNTS 4-6**
**(Aggravated Identity Theft)**
**18 U.S.C. § 1028A(a)(1)**

On or about January 28, 2016, in Broward County, in the Southern District of Florida, and elsewhere, the defendants,

**GUY TOUSSAINT III**
**and NATASHA NIRALA MEETOO,**

as specified in each count below, during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(1), that is, knowingly, and with intent to defraud, using one or more counterfeit access devices, that is, counterfeit credit cards encoded with account numbers issued to other persons, said conduct affecting interstate and foreign commerce, as charged in Count 2 of this Indictment, did knowingly transfer, possess and use, without lawful authority, the means of identification of another person, as specified in each count below:

| Count | Defendant | Means of Identification |
|---|---|---|
| 4 | **GUY TOUSSAINT III** | Account number ending in 9039 issued in the name of "R.J." |
| 5 | **GUY TOUSSAINT III** | Account number ending in 5758 issued in the name of "J.R." |
| 6 | **NATASHA NIRALA MEETOO** | Account number ending in 6683 issued in the name of "S.M." |

**COUNT 7**
**(Aggravated Identity Theft)**
**18 U.S.C. § 1028A(a)(1)**

On or about January 28, 2016, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**NATASHA NIRALA MEETOO,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(b)(1), that is, knowingly, and with intent to defraud, attempting to use one or more counterfeit access devices, that is, a counterfeit credit card encoded with an account number issued to another person, said conduct affecting interstate and foreign commerce, as charged in Count 3 of this Indictment, did knowingly transfer and possess, without lawful authority, the means of identification of another person, that is, account number ending in 1841 issued in the name of "J.F.," in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

**FORFEITURE ALLEGATIONS**

1. The allegations in this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendants, **GUY TOUSSAINT III** and **NATASHA NIRALA MEETOO**, have an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1029, as alleged in this Indictment, the defendants so convicted shall forfeit to the United States of America: a) all property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of such violation, pursuant to Title 18, United States Code, Section 982(a)(2)(B); and b) any personal property used, or intended to be used, to commit such offense, pursuant to Title 18, United States Code, Section 1029(c)(1)(C).

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C), and the procedures set forth at Title 21, United States Code, Section 853, as made applicable by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL

FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

TYLER J. JETT
SPECIAL ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA** **CASE NO.** ____________

**vs.**

**GUY TOUSSAINT III**
**and NATASHA NIRALA MEETOO,**

**Defendants.**
______________________/

# CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

__ Miami __ Key West
X FTL __ WPB __ FTP

New Defendant(s) Yes ____ No ____
Number of New Defendants ____
Total number of counts ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) No
List language and/or dialect ____

4. This case will take 2-3 days for the parties to try.

5. Please check appropriate category and type of offense listed below:

| | (Check only one) | | (Check only one) | |
|---|---|---|---|---|
| I | 0 to 5 days | x | Petty | |
| II | 6 to 10 days | | Minor | |
| III | 11 to 20 days | | Misdem. | |
| IV | 21 to 60 days | | Felony | x |
| V | 61 days and over | | | |

6. Has this case been previously filed in this District Court? (Yes or No) No
If yes:
Judge: Case No. ____
(Attach copy of dispositive order)
Has a complaint been filed in this matter? (Yes or No) No
If yes:
Magistrate Case No. ____
Related Miscellaneous numbers: ____
Defendant(s) in federal custody as of ____
Defendant(s) in state custody as of ____
Rule 20 from the ____ District of ____

Is this a potential death penalty case? (Yes or No) No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ____ Yes x No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ____ Yes x No

TYLER J. JETT
SPECIAL ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5502168

*Penalty Sheet(s) attached

REV 4/8/08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name:** GUY TOUSSAINT III

**Case No:** ______________________

Count #: 1

Conspiracy to Commit Access Device Fraud

Title 18, United States Code, Section 1029(b)(2)

***Max. Penalty: 5 Years of Imprisonment**

Count #: 2

Use of Counterfeit Access Devices

Title 18, United States Code, Section 1029(a)(1)

***Max. Penalty: 10 Years of Imprisonment**

Counts #: 4-5

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

***Max. Penalty: 2 Years of Imprisonment Consecutive to Any Other Sentence**

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name:** NATASHA NIRALA MEETOO

**Case No:** ____________________

Count #: 1

Conspiracy to Commit Access Device Fraud

Title 18, United States Code, Section 1029(b)(2)

***Max. Penalty: 5 Years of Imprisonment**

Count #: 2

Use of Counterfeit Access Devices

Title 18, United States Code, Section 1029(a)(1)

***Max. Penalty: 10 Years of Imprisonment**

Count #: 3

Attempted Use of Counterfeit Access Devices

Title 18, United States Code, Section 1029(b)(1)

***Max. Penalty: 10 Years of Imprisonment**

Counts #: 6-7

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

***Max. Penalty: 2 Years of Imprisonment Consecutive to Any Other Sentence**

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**